Antonino Sancetta et al., Plaintiffs, v. Tioga Service Corporation et al., Defendants. Sylvester J. Garamella, Appellant.— Order unanimously reversed and the matter of the competency of Antonino Sancetta to execute contract of retainer referred to an Official Referee to hear and report to Special Term for appropriate action on said report. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Jane M. Furey, as Administratrix of the Estate of Harry J. Furey, Jr., Deceased, Respondent, v. Broadway and Thirty-third Street Realty Corporation, Appellant.— Order entered January 20, 1944, granting plaintiff's motion for a discovery and inspection of certain premises and elevator, and order entered on or about February 10, 1944, resettling the order of January 20, 1944, unanimously modified by providing that discovery be limited to elevator and shaft No. 5, and machinery connected therewith, and requiring same to be completed in one business day, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. Appeal from order denying motion for reargument dismissed. No opinion. The date for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of Thomas R. Walsh et al., Appellants, against Board of Education of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application of Irene H. Muehlstein, Appellant, to Compel Malvin Mariash et al., Attorneys, Respondents, to Turn Over to Her Certain Papers.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

Minnie Leitman, Appellant, v. Meyer Leitman, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

Leone McIntosh, Respondent, v. J. Maurice Giroux, Appellant, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

Jacob A. L. Moller, Suing for Himself as Stockholder and All Other Stockholders of Standard Products Corporation in Like Situation, Appellant, v. Standard Products Corporation et al., Respondents, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

Kathryn C. Peck, as Administratrix of the Estate of Ella Dolan, Deceased, Respondent, v. Nathaniel S. Kane, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to reverse and deny the motion.

The People of the State of New York, Respondent, v. John Cullen et al., Defendants, and Madeline Webb, Defendant-Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of Harold L. Kunstler, an Attorney, Respondent.— Motion to vacate order of disbarment of this court entered June 30, 1936 [248 App. Div. 393], and for other relief, denied. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., taking no part. [See post, p. 975.]